JUDGE FRANKLIN BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 06-5666FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| MA BUN YOU, | ) | |
| Defendant. | ) | |

Upon motion of the defendants to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to December 7, 2006.

DONE this 5th day of December, 2006.

_____
FRANKLIN BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s_____
Colin Fieman
Attorney for Defendant

/s_____
Ken Liu
Assistant United States Attorney

/s_____
Bryan Hershman
Attorney for Ashley Staeheli

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE         1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**