IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:06-cr-5666FDB |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO CONTINUE TRIAL |
| MA BUN YOU, | ) | DATE |
| ASHLEY STAEHELI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the stipulated motion of the parties to continue the trial date, the affidavit of defense counsel in support of the motion, and the notice of joinder, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

**BRYAN G. HERSHMAN**
ATTORNEY AT LAW
535 E. Dock Street, Suite 100
Tacoma, Washington  98402
Tac. (253) 383-5346
Sea. (253) 838-9088
Fax. (253) 572-6662

1 set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

2     4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant
3 the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

4     NOW, THEREFORE,

5     IT IS HEREBY ORDERED that the trial date is continued from January 2, 2007 to January 8, 2007,
6 at 9:00 am. The resulting period of delay from January 2, 2007, up to and including the new trial date of
7 January 8, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

8     DONE this 20th day of December, 2006.

                                            FRANKLIN BURGESS
                                            UNITED STATES DISTRICT JUDGE

Presented by:

/s_____         /s_____
BRYAN G. HERSHMAN               Ken Liu
Attorney for Defendant                 Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

**BRYAN G. HERSHMAN**
ATTORNEY AT LAW
535 E. Dock Street, Suite 100
Tacoma, Washington 98402
Tac. (253) 383-5346
Sea. (253) 838-9088
Fax. (253) 572-6662